No. 94–1935. WELCH ET AL. *v.* WELCH, ADMINISTRATOR OF THE ESTATE OF WELCH, ET AL. Sup. Ct. Ga. Certiorari denied.

No. 94–1949. MUSCATELL ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6153. GUINN *v.* HESSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 94–7343. RICHARDSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–8365. ROBISON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–8381. BIGBY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–8679. SANTIAGO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8771. VOLGES *v.* RESOLUTION TRUST CORPORATION. C. A. 2d Cir. Certiorari denied.

No. 94–8818. JOHNSTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8920. HIGHTOWER *v.* THOMAS, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 94–9009. HEATH *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–9036. CRAWFORD *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 94–9042. PRUNTY *v.* ROGERS ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–9060. WILLIAMS *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 94–9067. TILLI *v.* SOWECKE ET AL. C. A. 3d Cir. Certiorari denied.